IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD


UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 1:07-00139

TERRY HEADEN


JOINT MOTION TO WAIVE INDICTMENT AND MOTION
OF THE UNITED STATES TO SCHEDULE A GUILTY PLEA HEARING

Comes now the United States of America, by Miller A. Bushong III, Assistant United States Attorney for the Southern District of West Virginia, and moves this Court to schedule a hearing for the purpose of having defendant waive his right to be charged by indictment, and further the United States moves the Court to schedule a guilty plea hearing. In support of this motion, the United States asserts the following:

1. On July 31, 2007, the United States filed an information charging defendant with federal crimes.

2. Defendant has entered into a plea agreement with the United States.

3. Defendant seeks to waive indictment in open court and plead guilty to a two-count information.

4. Counsel for the United States is authorized to move jointly that the motion to waive indictment be held in abeyance

until the time of the plea hearing, thus tolling the Speedy Trial

clock.

Respectfully submitted,

CHARLES T. MILLER
United States Attorney

By:  /s/ Miller A. Bushong III, AUSA
     MILLER A. BUSHONG III
     WV Bar No. 5802
     Assistant United States Attorney
     110 North Heber Street
     Beckley, WV  25801
     Telephone: (304) 253-6722
     Fax: (304) 253-9206
     E-mail:  miller.bushong@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that the foregoing "Joint Motion to Waive Indictment and Motion of the United States to Schedule a Guilty Plea Hearing" has been electronically filed and service has been made on opposing counsel via fax this the 1st day of August, 2007, to:

David C. Smith, Esquire
SMITH & SCANTLEBURY
205 Law & Commerce Building
Bluefield, WV 24701
Via Fax: (304) 327-8857

<u>/s/ Miller A. Bushong III, AUSA</u>
MILLER A. BUSHONG III
WV Bar No. 5802
Assistant United States Attorney
110 North Heber Street
Beckley, WV 25801
Telephone: (304) 253-6722
Fax: (304) 253-9206
E-mail: miller.bushong@usdoj.gov