**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BLUEFIELD**

**UNITED STATES OF AMERICA**

**v.** **CRIMINAL NO. 1:07-00139**

**TERRY HEADEN**

**MOTION TO CONTINUE**

Comes now the United States of America, by Miller A. Bushong, III, Assistant United States Attorney for the Southern District of West Virginia, and respectfully moves the court to continue the sentencing hearing in the above-referenced case. In support of this motion, the United States asserts the following:

1. The sentencing hearing in the above-referenced case is scheduled for March 17, 2008, at 11:30 a.m. in Bluefield, West Virginia, before this Court;

2. Within the last week, issues have arisen in the above-referenced case which may significantly impact defendant's sentencing;

3. The United States moves the Court to continue the sentencing hearing for at least 60 days to allow further time to develop these issues; to allow further time to advise the United States Probation Office of these issues; to allow further time to

advise this Court of these issues; and to allow defense counsel time to respond, if necessary, and

4. Counsel for the defendant has no objection to this motion.

WHEREFORE, for the above cited reasons, the Unites States moves to continue the sentencing hearing in the above-referenced case for at least 60 days.

Respectfully submitted,

CHARLES T. MILLER
United States Attorney

By: s/ Miller A. Bushong III, AUSA
MILLER A. BUSHONG III Bar Number: 5802
Assistant United States Attorney
110 North Heber Street
Beckley, WV 25801
Telephone: (304) 253-6722
Fax: (304) 253-9206
E-mail: miller.bushong@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on March 5th, 2008, I electronically filed the foregoing "Motion to Continue" with the Clerk of the Court using the CM/ECF system and further will send notification of such filing to the following via United States mail:

David C. Smith, Esquire
205 Law & Commerce Building
Bluefield, WV 24701

By: s/ Miller A. Bushong III, AUSA

MILLER A. BUSHONG III Bar Number: 5802
Assistant United States Attorney
110 North Heber Street
Beckley, WV 25801
Telephone: (304) 253-6722
Fax: (304) 253-9206
E-mail: miller.bushong@usdoj.gov