FILED

JUL 14 2008

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

UNITED STATES OF AMERICA

v. Criminal Case Number: 1:07-00139-01

TERRY HEADEN, DEFENDANT.

**MOTION TO CONTINUE**

COMES NOW the Defendant, Terry Headen, by counsel, and hereby moves this Honorable Court to continue this cause on the foregoing recital of fact and law.

1. Counsel for Defendant is currently waiting for additional information from the probation office to review and possibly discuss with his client, prior to Defendant being sentenced.

**WHEREFORE,** for good cause shown, Terry Headen prays that this Honorable Court will continue this matter to a date certain.

TERRY HEADEN,

By Counsel:

David C. Smith (WVSB#3461)
Smith & Scantlebury, L.C.
205 Law & Commerce Building
Bluefield, West Virginia 24701
(304) 327-8784

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

UNITED STATES OF AMERICA

v. Criminal Case Number: 1:07-00139-01

TERRY HEADEN, DEFENDANT.

## CERTIFICATE OF SERVICE

I, David C. Smith, of counsel for Defendant, do hereby certify that I served a true and correct copy of the foregoing **"Motion to Continue"** upon Miller A. Bushong, AUSA, United States Attorney's Office, 110 N. Heber Street, Room 257, Beckley, WV 25801, via facsimile.

This the 11th day of July, 2008.

David C. Smith, Esquire (WVSB # 3461)
Smith & Scantlebury, L.C.
205 Law & Commerce Building
307 Federal Street
Bluefield, WV 24701
(304)327-8684