# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at  Bluefield

Date: 8/25/2008                                        Case Number 1:07-cr-139

Case Style: USA vs. Terry Headen

Type of Hearing Sentencing

2512-Faber

Court Reporter Ayme Cochran                   Courtroom Deputy Cindy Lilly

Attorney(s) for the Plaintiff or Government Miller Bushong, III


Attorney(s) for the Defendant(s) David Smith


Law Clerk Allison Skinner                        Probation Officer Teresa King

| Trial Time |
| --- |

| Non-Trial Time |
| --- |

| CourtTime |
| --- |

9:48 am    to 10:26 am
Total Court Time: 0 Hours 38 Minutes Non-Trial Time/Uncontested Time

| Courtroom Notes |
| --- |

Scheduled Start: 9:30 a.m.
Actual Start: 9:48 a.m.
Court adopts findings in PSR
Court addresses objections.
Court accepts plea agreement.
Base Offense Level for drug charge: 32
Total Offense Level: 34
Base Offense Level for money laundering: 34
Total Offense Level: 37
Criminal History: I
Custody Range: 210 - 262 months
Supervised Release Range: 2 - 3 years
Fine Range: $20,000 - $1,500,000
Assessment: $200
Mr. Smith speaks on Defendant's behalf.
Defendant speaks on his own behalf.
Sentence imposed as follows:
Custody: 240 months on each count to run concurrently
Supervised Release Term: 3 years on each count to run concurrently
Fine: no fine
Assessment: $200
Court recommends that defendant be incarcerated at the nearest suitable facility to his home.
Defendant advised of his right to appeal.
Defendant remanded.
Court adjourned at 10:26 a.m.

# District Judge Daybook Entry