

FILED

AUG 2 6 2008

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

UNITED STATES OF AMERICA

v.                              Criminal Case Number: 1:07-mj-00066-1

TERRY HEADEN,                                   DEFENDANT.

## DEFENDANT'S SENTENCING MEMORANDUM

COMES NOW, Defendant, Terry Headen and by way of a Sentencing Memorandum says

the foregoing:

## TYPE OF CASE

This is a prosecution for a conspiracy to and the sale of controlled substance in

contravention of the United States Code.

## STATEMENT OF FACT

The Defendant admittedly was involved in the distribution of controlled substances in

Southern West Virginia.

## OBJECTIONS TO PRESENTENCE REPORT

Defendant objects to the weight calculations on the pills. It involves substantial double

counting, and exaggerated numbers. Many of the pills cam from John Gravely and he routinely

shorted the Defendant on pills actually delivered.

Defendant objects the denial of three level decrease for acceptance of responsibility and a

two level increase for obstruction of justice. Defendant says Brooke Brown concealed the money

and not he, and that it was she who held out on the Court. Defendant effectively states that he had

knowledge that Ms. Brown's residence had been searched and assumed the officers had found

2

everything.

## GROUNDS FOR DOWNWARD DEPARTURE

Defendant moves this Court for a downward departure based upon the fact that the applicable guideline range dramatically overstates that seriousness of his offense conduct and that a life sentence is not warranted by the facts of the case. Defendant states that although he did substantially wrong, that the sentence is unduly harsh.

Moreover, the Defendant states that John Gravely, who was his supplier and sold more drugs than he received an 87 month sentence. Defendant asks the Court for a downward departure in accordance with the underlying principal of sentencing guidelines which is to promote uniformity of sentences for similarly placed offenders. Consequently, the Defendant asks this Court to sentence him to the same range as the others as he is not better or worse an offender then they are.

## OTHER MATTERS

The Defendant is aware that certain comments allegedly made by him during what amounted to a chest pounding session in the jail have been blown totally out of proportion by a jail house snitch. Although the Defendant is unaware of exactly what statements has been attributed to him in these regards, he apologizes for the statements and any discomfort caused thereby, any trash talking he may have done. The Defendant states that this incident like many other acts attributed to him have been grossly exaggerated with each recounting.

Defendant says that, in proper perspective, that he is not Jessie James, and that he is essentially a too bit dealer of controlled substance in the small pond of McDowell County.

Defendant says that despite the aforesaid exaggerations, that he knows this Court, by

reputation, to be just and fair and that he waives any conflict or objections raised thereby.

Defendant merely asks this Court for a sentence which reflects the wrongs that he has done which is just and fair

Further Defendant says naught.

TERRY HEADEN,

By Counsel:

David C. Smith (WVSB#3461)
Smith & Scantlebury, L.C.
205 Law & Commerce Building
Bluefield, West Virginia 24701
(304) 327-8784

4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### BLUEFIELD DIVISION

UNITED STATES OF AMERICA

v.                                    Criminal Case Number: 1:07-mj-00066-1

TERRY HEADEN,                                                DEFENDANT.

## CERTIFICATE OF SERVICE

I, David C. Smith, of counsel for Defendant, do hereby certify that I served a true and

correct copy of the foregoing **"Defendant's Sentencing Memorandum"** upon Miller A. Bushong,

AUSA, United States Attorney's Office, 110 N. Heber Street, Room 257, Beckley, WV 25801, via

facsimile.

This the 22nd day of August, 2008.

David C. Smith, Esquire (WVSB # 3461)
Smith & Scantlebury, L.C.
205 Law & Commerce Building
307 Federal Street
Bluefield, WV 24701
(304)327-8684