FILED

SEP - 3 2008

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

UNITED STATES OF AMERICA

v. Criminal Case Number: ~~1:07-mj-00066-1~~ 1:07-00139

TERRY HEADEN, DEFENDANT.

**NOTICE OF INTENT TO APPEAL**

COMES NOW the Defendant, Terry Headen, by counsel, and hereby gives notice of his intent to appeal his conviction herein. As grounds for said appeal, Defendant Terry Headen says the following:

1. Appeals the lawfulness of his sentence, pursuant to the sentencing guidelines.

Further the Defendant Terry Headen says naught.

TERRY HEADEN,

By Counsel:

David C. Smith, Esquire (WVSB #3461)
Smith & Scantlebury, L.C.
205 Law & Commerce Building
307 Federal Street
Bluefield, WV 24701
(304)327-8684

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

UNITED STATES OF AMERICA

1:07- 00139-001

v. Criminal Case Number: ~~1:07-mj-00066-1~~

TERRY HEADEN, DEFENDANT.

**CERTIFICATE OF SERVICE**

I, David C. Smith, counsel for Defendant, do hereby certify that a true and correct copy of the foregoing **Notice Of Intent To Appeal** upon upon Miller A. Bushong, AUSA, United States Attorney's Office, 110 N. Heber Street, Room 257, Beckley, WV 25801, via facsimile.

This the 2nd day of September, 2008.

David C. Smith, Esquire (WVSB # 3461)
Smith & Scantlebury, L.C.
205 Law & Commerce Building
307 Federal Street
Bluefield, WV 24701
(304)327-8684