4cca-30 REV. 10/30/07

# TRANSMITTAL SHEET
(Notice of Appellate Action)

| | | |
|---|---|---|
| ✓ Notice of Filing<br>____ Cross Appeal<br>____ Interlocutory Appeal<br>____ Additional NOA<br>____ Amended NOA<br>____ Transmittal of Record<br>____ Transmittal of Certif.<br>____ Supplement to ROA<br>____ Supplemental Certif.<br>____ Other ____________ | UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT OF WEST VIRGINIA at Bluefield<br>Caption:<br>UNITED STATES OF AMERICA<br>v.<br>TERRY HEADEN | District Court No.: 1:07-00139-001<br>4CCA No.: ____________<br>Consolidated with No.:<br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed:<br>September 3, 2008 | 4. Fees<br>____ USA no fee required<br>$5 filing fee: ____ paid ✓ unpaid<br>$450 docket fee: ____ paid ✓ unpaid<br>Pauper status: ____ granted ____ denied ____ pending in dist.ct.<br>Does PLRA Apply? ____ Yes ✓ No 3-strikes? ____ Yes ✓ No<br>[If PLRA applies, 4CCA sends forms & acts on application] |
| 2. Amended NOA filed: | |
| 3. District Judge:<br>David A. Faber | 5. Materials Under Seal in District Court: ✓ Yes ____ No<br>Party Names Under Seal in District Court: ____ Yes ✓ No |
| 6. Court Reporter(s)(list all):<br>Ayme Cochran<br>Coordinator:<br>Gloria Bailey | 7. Criminal/Prisoner Cases<br>____ recalcitrant witness<br>____ on death row<br>✓ in custody<br>____ on bond<br>____ on probation<br>Defendant's Address:<br>Grayson County Detention Center<br>320 Shaw Station Road<br>Leitchfield, KY 42755 |

**Part II** TRANSMITTAL OF RECORD/CERTIFICATE OF AVAILABILITY OF RECORD
____ ORIGINAL RECORD ____ SUPPLEMENT TO RECORD

| USE FOR RECORDS IN ELECTRONIC FORM: | USE FOR RECORDS IN PAPER FORM: |
|---|---|
| ____ **PRO SE**: Automatically transmit assembled electronic record to 4CCA in pro se cases. Does electronic record include all filings? ____ YES ____ NO<br>If NO, list contents and transmittal method for supplement here (supplement must be transmitted): | ____ **PRO SE**: Automatically transmit paper record to 4CCA in pro se cases. List contents by volume number & number of boxes (pleadings, transcript, exhibits, state court records, sealed): |
| ____ **COUNSELED**: Available for transmittal<br>In-court hearing(s) held? ____ YES ____ NO<br>All transcript on file? ____ YES ____ NO<br>4CCA will request transmittal of record when needed in counseled cases. | ____ **COUNSELED**: Available for transmittal<br>In-court hearing(s) held? ____ YES ____ NO<br>All transcript on file? ____ YES ____ NO<br>4CCA will request transmittal of record when needed in counseled cases. |

Deputy Clerk: Aleta R. Barie Phone: (304) 327-9798 Date: 09/03/08