Filed: November 4, 2008

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

PARTIAL RECORD REQUEST

No. 08-4878, US v. Terry Headen
1:07-cr-00139-1

TO: Teresa L. Deppner
UNITED STATES DISTRICT COURT
Southern District of West Virginia
Federal Station Box 4128
Bluefield, WV 24702-0000

Please transmit to this office a partial record in the above-referenced case, consisting of the following:

Presentence report

If there is any problem with transmission of the partial record, please notify me.

Joy Hargett Moore
Deputy Clerk
804-916-2702