4cca-30 REV. 10/30/07 TRANSMITTAL SHEET
(Notice of Appellate Action)

| | | |
|---|---|---|
| ____Notice of Filing<br>____Cross Appeal<br>____Interlocutory Appeal<br>____Additional NOA<br>____Amended NOA<br>✓ Transmittal of Record<br>____Transmittal of Certif.<br>____Supplement to ROA<br>____Supplemental Certif.<br>____Other ____________ | UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT OF WEST VIRGINIA at BLUEFIELD<br>Caption:<br>USA<br>v.<br>TERRY HEADEN | District Court No.: 1:07-00139-001<br>4CCA No.: 08-4878<br>Consolidated with No.:<br>Case Manager:<br>Joy Hargett Moore |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed: | 4. Fees<br>____USA no fee required<br>$5 filing fee: ____paid ____unpaid<br>$450 docket fee: ____paid ____unpaid |
| 2. Amended NOA filed: | Pauper status: ____granted ____denied ____pending in dist.ct.<br>Does PLRA Apply? ____Yes ____No 3-strikes? ___Yes ___No<br>[If PLRA applies, 4CCA sends forms & acts on application] |
| 3. District Judge: | 5. Materials Under Seal in District Court: ___Yes ___No<br>Party Names Under Seal in District Court: ___Yes ___No |
| 6. Court Reporter(s)(list all):<br><br>Coordinator: | 7. Criminal/Prisoner Cases<br>____recalcitrant witness<br>____on death row<br>____in custody<br>____on bond<br>____on probation<br>Defendant's Address: |

**Part II** TRANSMITTAL OF RECORD/CERTIFICATE OF AVAILABILITY OF RECORD
____ORIGINAL RECORD ____SUPPLEMENT TO RECORD

| | |
|---|---|
| USE FOR RECORDS IN ELECTRONIC FORM:<br><br>____ **PRO SE**: Automatically transmit assembled electronic record to 4CCA in pro se cases.<br>Does electronic record include all filings?<br>___ YES ___ NO<br>If NO, list contents and transmittal method for supplement here (supplement must be transmitted):<br><br>____ **COUNSELED**: Available for transmittal<br>In-court hearing(s) held? ___ YES ___ NO<br>All transcript on file? ___ YES ___ NO<br>4CCA will request transmittal of record when needed in counseled cases. | USE FOR RECORDS IN PAPER FORM:<br><br>____ **PRO SE**: Automatically transmit paper record to 4CCA in pro se cases.<br>List contents by volume number & number of boxes (pleadings, transcript, exhibits, state court records, sealed):<br>Partial Record-PSI<br><br>____ **COUNSELED**: Available for transmittal<br>In-court hearing(s) held? ✓ YES ___ NO<br>All transcript on file? ✓ YES ___ NO<br>4CCA will request transmittal of record when needed in counseled cases. |

Deputy Clerk: Mary Jane Pennington Phone: 304/327-9798 Date: 11/05/08