FILED
OCT - 8 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Mrs Deppner:

I Terry Headen inmate # Am writing you today to Ask For An extension For A out of time Appeal Habeus Corpus (2255). I Am Currenty Incarsirated At FCI Elkton OH.

Reasoning For extension is my Limited Knowledge of Case law, in Appealing Rights. I Am Currently working on my 2255, in Hopes that some of my Sentencing may Be Vacated.

Thank you in Advance
Sincerely
Terry Headen #
FCI Elkton OH
Federal Correctional Inst.
Po Box 10
Lisbon, OH 44432

NAME: Terry Herndon
REG.# 07781-088
Federal Correctional Institution Elkton
P. O. Box 10
Lisbon, OH 44432

YOUNGSTOWN OH 445
06 OCT 2010 PM 2 T




United States District Court
Southern District of West Virginia
601 Federal Street
Bluefield W.V. 24701

Attn: Teresa L. Deppner, Clerk
24701+3033