# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| | |
|---|---|
| United States District Court | District Southern District of West Va. |
| Name (under which you were convicted): TERRY Headen | Docket or Case No.: 1:07 cr 00139 |
| Place of Confinement: FCI Elkton | Prisoner No.: 07781-088 |
| UNITED STATES OF AMERICA v. | Movant (include name under which you were convicted) TERRY HEADEN |

CA 1:10-1402

FILED
DEC 2 2 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   UNITED STATES District Court
   Federal STATION, Box 4128
   Bluefield, Wva. 24702

   (b) Criminal docket or case number (if you know): 1:07-0139
2. (a) Date of the judgment of conviction (if you know): August 13, 2007

   (b) Date of sentencing: August 25, 2008
3. Length of sentence: 240 mo.
4. Nature of crime (all counts):
   Conspiracy to distribute quantities of oxycodone, in violation of 21 USC 846
   Money Laundering, in violation of 18 USC 1956.

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐ (2) Guilty ☒ (3) Nolo contendere (no contest) ☐
   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one) Jury ☐ Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? Yes ☐ No ☑

8. Did you appeal from the judgment of conviction? Yes ☒ No ☐

9. If you did appeal, answer the following:

   (a) Name of court: Fourth Circuit Court of Appeals

   (b) Docket or case number (if you know): (1:07-Cr-00139-1)

   (c) Result: AFFIRMED Defendant Conviction

   (d) Date of result (if you know): September 18, 2009

   (e) Citation to the case (if you know):

   (f) Grounds raised: THE Court ERRORED N imposing A Four-level increase in the total DEFENCE Level as to the money laundering Conviction under US Sentencing Guidelines manual § 3B1.1(a) (2008) For leaders leadership Role

   (g) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☒

   If "Yes," answer the following:

   (1) Docket or case number (if you know):

   (2) Result:

   (3) Date of result (if you know):

   (4) Citation to the case (if you know):

   (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    Yes ☐ No ☒

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☒

(7) Result:

(8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☒

(7) Result:

(8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition: Yes ☐ No ☒

(2) Second petition: Yes ☐ No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE:

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

defendant was sentenced for money laundering under a law that is no longer correct. The Supreme court ruled in US v Santos that the term "proceeds" meant 'net profits' not 'gross receipts'. If court goes by the law that held prescedence over matter at sentencing then according to US v Santos defendant's sentence would be far less

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND TWO:

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Ineffective assistance of Counsel. If lawyers would have been familiar with current laws then defendants attorney would have raised proper issues and filed proper motions to defend defendant. The attorney failed in all aspects by preparing no defense and not raising proper issues pre sentencing, sentencing, or on appeal. Constitution guarantees defendant to proper representation throughout entire proceedings. This also presjudiced defendant and denied defendant due process.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND THREE:

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

the law clearly states that if you use proceeds to further your drug dealing business then it is not considered money laundering. U.S. v Caplinger 339 F3d 226, 233 (4th Circuit 2003) So lawyers was ineffective by not raising this issue in either presentence hearing or appeals because the unlawful proceeds went to buy ATVs and vehicles to promote their drug scheme, see PSI.

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND FOUR:

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Therefore, movant asks that the Court grant the following relief:

or any other relief to which movant may be entitled.

________________________________

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____________ (month, date, year).

Executed (signed) on 12-10-10 (date).

________________________________

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

NAME: TERRY HEADEN
REG # 07781-088
**Federal Correctional Institution Elkton**
**P. O. Box 10**
**Lisbon, OH 44432**




⇔ 07781-088 ⇔
Teresa L Deppner
United States Dist Court
4128 Federal Street
Bluefield, WV - 24701
United States