IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD

UNITED STATES OF AMERICA

v.                       CRIMINAL ACTION NO. 1:07-00139-01

TERRY HEADEN

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion to continue his supervised release revocation hearing, currently scheduled for July 21, 2022. (ECF No. 127). The government does not oppose defendant's request for a continuance. For good cause shown, the motion is **GRANTED** and the supervised release revocation hearing is continued until August 2, 2022, at 1:30 p.m., in Bluefield.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 18th day of July, 2022.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge